UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
CLERK'S OFFICE

RECORDS TRANSMITTAL SHEET

DATE:   September 05, 2013

RE:     12-2801  United States v. Lindon Roy Knutson

TO:     Richard Sletten

FROM:   James J. Foster

Enclosed are the following records for return to your office:

| | |
|---|---|
| Original file: | Transcript:   2 vols. |
| Deposition: | Sealed: |
| Exhibits: | |
| Other: | |
| [x] Case closed | [ ] Counsel appointed |
| [ ] Per your request | [ ] Return to this office |

Enclosure(s)

District Court/Agency Case Number(s):   0:10-cr-00225-DWF-1

JJF

RECEIVED
SEP 11 2013
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

SCANNED
SEP 11 2013
U.S. DISTRICT COURT ST. PAUL